1  Patience Milrod # 77466
   844 North Van Ness Avenue
2  Fresno, California 93728
   559/442-3111
3  Fax: 559/442-3164

4

5

6

7        IN THE UNITED STATES DISTRICT COURT
      IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
8                      FRESNO DIVISION

9  DAVID C. CORSER,                )
                                    )
10           Plaintiff,             )   CASE No. 05-CV-00985-OWW-DLB
                                    )
11     vs.                          )   **STIPULATION TO EXTEND**
   COUNTY OF MERCED; GLORIA Cortez-)    **PLAINTIFF'S TIME TO FILE**
12 Keene; DEMETRIOS TATUM; Merced   )    **OPPOSITION TO MOTION TO**
   County Sheriff's employees SHERIFF)           **DISMISS**
13 Mark Pazin, UNDERSHERIFF Bill    )     Date: November 7, 2005
   Blake, COMMANDER PARRISH,        )     Time: 10:00 a.m.
14 Deputy Zyskowski, Deputy L.      )     Court Room: 2
   Miller, VOLUNTEER Smallwood      )
15 (badge # V330); Merced County Public )
   Works Director PAUL FILLEBROWN   )
16 Larry Gonzales; MARIA Socorro    )
   GONZALES; Ruth Stone; and DOES 1 )
17 through 50.                      )
           Defendants.              )
18                                  )

19     Come now the parties, plaintiff David C. Corser, by counsel Patience Milrod, and

20 defendant Larry Gonzales, by counsel Sharon Futerman, and agree and stipulate that

21 time be extended for plaintiff to file his opposition to the dismissal motion through and

22 until noon on Monday, October 24, 2005.

                                    1

IT IS SO STIPULATED.

DATED: October 21, 2005                    Respectfully submitted,

/s/ Patience Milrod
PATIENCE MILROD
Attorney for Plaintiff

DATED: October 21, 2005                    Respectfully submitted,

/s/ Sharon Futerman
SHARON FUTERMAN
Attorney for Defendant

### ORDER ON STIPULATION

Having reviewed the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED:

Plaintiff is to file his opposition to defendant's pending motion to dismiss no later than October 24, 2005 by noon.

IT IS SO ORDERED.

DATED:  __October 25, 2005__          __/s/ OLIVER W. WANGER____
                                      HON. OLIVER W. WANGER
                                      Judge of the Eastern District