Justus C. Spillner, # 067638
Matthew E. Fletcher, #198028
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:	(559) 433-1300
Facsimile:	(559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant, MARIA GONZALES

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| DAVID C. CORSER,<br><br>           Plaintiff,<br><br>v.<br><br>COUNTY OF MERCED; GLORIA CORTEZ-KEENE; DEMETRIOS TATUM; Merced County Sheriff's employees SHERIFF MARK PAZIN, UNDERSHERIFF BILL BLAKE, COMMANDER PARRISH, DEPUTY ZYSKOWSKI, DEPUTY L. MILLER, VOLUNTEER SMALLWOOD (BADGE #V330); Merced County Public Works Director PAUL FILLEBROWN; LARRY GONZALES; MARIA SOCORRO GONZALES; RUTH STONE; AND DOES 1 through 50,<br><br>           Defendants. | Case No. 1: 05-CV-00985 OWW DLB<br><br>**JOINT STIPULATION TO VACATE THE DEFAULT AND ALLOW DEFENDANT MARIA GONZALES TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT and ORDER** |

The parties, acting by and through their respective attorneys of record, hereby agree and stipulate to an order vacating the default entered by the Clerk on October 13, 2005, in favor of Plaintiff DAVID C. CORSER and against Defendant MARIA SOCORRO GONZALES.  The parties enter into this stipulation to allow Mrs. GONZALES to respond to Plaintiff's Complaint by answer only..  Ms. Gonzales' answer will be filed no later than Friday, November 11, 2005.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
P.O. Box 28912
Fresno, CA  93729-8912

05-CV-00985

The parties respectfully request the Court approve this stipulation and order the default vacated to allow the filing of an answer. This stipulation can be executed in counterparts.

IT IS SO STIPULATED:

Dated: November 1, 2005                    McCORMICK, BARSTOW, SHEPPARD
                                                           WAYTE & CARRUTH LLP

                                                By:             /S/
                                                        Justus C. Spillner
                                                        Matthew E. Fletcher
                                                    Attorneys for Defendant, MARIA
                                                                GONZALES

Dated: November 2, 2005                    LAW OFFICES OF PATIENCE MILROD

                                                By:             /S/
                                                            Patience Milrod
                                                Attorney for Plaintiff, DAVID C. CORSER

ORDER

Having reviewed the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the default entered by the Clerk on October 13, 2005, in favor of Plaintiff DAVID C. CORSER and against Defendant MARIA SOCORRO GONZALES be and is hereby vacated. Defendant Maria Gonzales may respond to the complaint by answer only, and shall file her answer no later than November 11, 2005.

   IT IS SO ORDERED

Dated: November 3, 2005

                                                **/s/ Dennis L. Beck**
                                                MAGISTRATE JUDGE DENNIS L. BECK