David Corser
P.O. Box 493
Planada, CA 95365
(209) 382-0668

*In Propria Persona*

LODGED
MAY 1 5 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

FILED
MAY 1 6 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR
# THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

DAVID C. CORSER

Plaintiff,

vs.

COUNTY OF MERCED; GLORIA CORTEZ-KEENE; DEMETRIOS TATUM; Merced County Sheriff's Employees: SHERIFF MARK PAZIN, UNDER SHERIFF BILL BLAKE, COMMANDER PARRISH, DEPUTY SHERIFF ZYSKOWSKI, L. MILLER, KEVIN SMALLWOOD; Merced County Public Works Director PAUL FILLEBROWN; LARRY GONZALES; MARIA SOCORRO GONZALES; RUTH STONE and DOES 1 Through 50 Inclusive.

Defendants.

Case No. 05-CV-00985-OWW-DLB

REQUEST TO HAVE THE PLAINTIFF'S OPPOSITION TO THE MOTION TO BE RELIEVED AS ATTORNEY OF RECORD FILED UNDER SEAL.

Jury Trial Requested

Hearing: June 19, 2006
Time: 10:00 a.m.
Court: Hon. Oliver W. Wanger

Plaintiff David Corser herby requests that the Court Order that the <u>Plaintiff's Opposition To The Motion To Be Relieved As Counsel</u>, filed by Patience Milrod, be received by this Court under seal and that it be sealed for all purposes other than the hearing on this matter. Plaintiff further requests that the hearing on the Motion to be relieved as counsel be closed to the public and to other parties.

This request is being made as the material relevant to the motion, and to the opposition, is covered by attorney-client privilege and the work-product doctrine and may also be covered under California's Constitutional Right to Privacy having to do with personal financial information.

Date: May. 15, 2006.

_____
David Corser, *In Propria Persona*

### [PROPOSED] ORDER

The Court, upon review of this request by the Plaintiff in the above entitled case, hereby **orders** that the <u>Plaintiff's Opposition To The Motion To Be Relieved As Counsel</u> shall be filed under seal and that the hearing on the motion will be closed to the public and to opposing parties.

**IT IS SO ORDERED:**

Date: May, 16, 2006.

_____
Judge Oliver W. Wanger,
Eastern District of California

COURT: UNITED STATES COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

CASE: DAVID C. CORSER v. COUNTY OF MERCED, et. al

CASE #: 05-cv-00985-OWW-DLB

## DECLARATION OF SERVICE BY MAIL

I the undersigned, declare:

I am a citizen of the United States; I am over the age of eighteen years and not a party to the within cause or proceeding. My home address is 2683 South Plainsburg Road Merced, CA 95340. On May 15, 2006, I served a true copy of the following:

**1. REQUEST TO HAVE THE PLAINTIFF'S OPPOSITION TO THE MOTION TO WITHDRAW AS PLAINTIFF'S ATTORNEY OF RECORD FILED UNDER SEAL.**

**2. [PROPOSED] ORDER ON MOTION OF DAVID CORSER TO FILE OPPOSITION UNDER SEAL.**

By placing true copies thereof in an envelope addressed to the person(s) hereinafter listed, by depositing said envelope at United States post office box at Merced, California:

Patience Milrod
844 N. Van Ness
Avenue, Fresno, CA 93728

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on May 15, 2006 at Plainsburg, California.

*Elizabeth K. Miller*
Elizabeth K. Miller