1

David Corser
P.O. Box 493
Planada, CA 95365
(209) 382-0668

2

3

In Propria Persona

4

5

6

7

UNITED STATES DISTRICT COURT
FOR
THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

8

9

10

_____

11   DAVID C. CORSER,

12        Plaintiff,

13        v.

14   COUNTY OF MERCED; GLORIA CORTEZ-
     KEENE; DEMETRIOS TATUM; Merced

15   County Sheriff's employees SHERIFF
     MARK PAZIN, UNDERSHERIFF BILL

16   BLAKE, COMMANDER PARRISH,

17   DEPUTY ZYSKOWSKI, DEPUTY L.
     MILLER, VOLUNTEER SMALLWOOD

18   (BADGE # V330); Merced County Public
     Works Director PAUL FILLEBROWN;

19   LARRY GONZALES; MARIA SOCORRO
     GONZALES; RUTH STONE; and DOES 1

20   through 50.
              Defendants.

21   _____

No. 05-CV-00985 OWW DLB

STIPULATION BETWEEN
ATTORNEY AND
PLAINTIFF TO HAVE
PLAINTIFFS OPPOSITION
TO THE ATTORNEY'S
MOTION TO BE RELIEVED
AS ATTORNEY OF
RECORD, FILED UNDER
SEAL.

Jury Trial Requested
Date:    June 26, 2006
Time:    10:00 a.m.
Court:   Hon. Oliver W. Wanger

22        The Plaintiff, David C. Corser, and his Attorney of Record, Patience Milrod,

*Stipulation to Seal Motion and close proceedings*                                    *1*

1  hereby agree and stipulate to an order of the court, allowing Plaintiff to file his

2  motion in opposition to Attorney's motion to be relieved as attorney of record,

3  under seal and that the hearing on the motion be closed to the public and to

   opposing parties.

4       The parties respectfully request the Court to approve this stipulation and to

5  grant the proposed order.

6  Date:  May 15, 2006              **/s/David C. Corser**
                                    David Corser, In Propria Persona

7

8  Date: May 16, 2006          **LAW OFFICES OF PATIENCE MILROD**

9
                                    **/s/ Patience Milrod**
10                                  PATIENCE MILROD-
                                    Attorney for Plaintiff David C. Corser
11

12

13  **ORDER**

14  The court, having reviewed the Stipulation of the Plaintiff and his attorney in the

15  above entitled case, and good cause being shown, hereby orders that the Plaintiff's

16  Opposition To The Motion To Be Relieved As Counsel shall be filed under seal

17  and that the hearing on the motion will be closed to the public and to opposing

18  parties.

19  **IT IS SO ORDERED**        Date:   __May 18, 2006_____

20                              **/s/ OLIVER W. WANGER**

21                              _____

22                              Judge Oliver W. Wanger,

*Stipulation to Seal Motion and close proceedings*                    **2**

1   **Eastern District of California**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

*Stipulation to Seal Motion and close proceedings*                                         *3*

PDF created with pdfFactory trial version www.pdffactory.com