UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. CORSER,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF MERCED, etc., et al.,<br><br>        Defendants. | 1:05-cv-0985 OWW LJO<br><br>SUPPLEMENTAL SCHEDULING<br>CONFERENCE ORDER<br><br>Further Scheduling<br>Conference Date: 11/17/06<br>8:45 Ctrm. 3 |

I.  Date of Scheduling Conference.

    August 17, 2006.

II. Appearances Of Counsel.

    Kallis & Assoc., by M. Jeffery Kallis, Esq., appeared with Plaintiff David C. Corser.  Mr. Kallis is the new counsel of record for David C. Corser.

    McCormick, Barstow, Sheppard, Wayte & Carruth by Justus C. Spillner, Esq., appeared on behalf of Defendant Maria Socorro Gonzales.

    Michael Mason, Esq., appeared on behalf of Defendants County of Merced, Gloria Cortez-Keene, Demetrios Tatum, Sheriff Mark Pazin, Undersheriff Bill Blake, Commander Parrish, Deputy Zyskowski, Deputy L. Miller, Volunteer Smallwood, Paul Fillebrown

and Ruth Stone.

    Hewitt & Prout by Sharon Futerman, Esq., appeared on behalf of Defendant Larry Gonzales.

III.  Status of the Case.

    1.  All Defendants have answered the Complaint.  The parties have been unable to reach a settlement in the case.  A Further Scheduling Conference will be held November 17, 2006, at 8:45 a.m. in Courtroom 3.  The parties shall, within three (3) days prior to the conference, file a Joint Supplemental Scheduling Statement to advise the Court of the proposed schedule for the case.

    2.  The existing pending discovery and scheduled Motion to Quash Subpoena are ordered off calendar.  The parties agree to meet and confer regarding Defendants' discovery request.

    3.  The parties agree to meet and confer regarding the Joint Supplemental Scheduling Statement on October 31, 2006, at 9:00 a.m.  The parties may conduct this meeting via telephonic conference for their convenience.

IT IS SO ORDERED.

Dated:   **August 17, 2006**              /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE