**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **DAVID C. CORSER,** | ) | |
| | ) | |
| Plaintiff, | ) | 1:05-cv-0985 OWW LJO |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING VOLUNTARY** |
| **COUNTY OF MERCED, et al.,** | ) | **DISMISSAL OF DEFENDANT** |
| | ) | **DEPUTY L. MILLER [54]** |
| | ) | |
| Defendant | ) | |

**Pursuant to the motion to dismiss [54] defendant Deputy L. Miller, and no appearance having been made by that defendant.**

**IT IS HEREBY ORDERED that defendant Deputy L. Miller is ordered dismissed.** IT IS SO ORDERED.

**Dated:   February 9, 2007**          /s/ Oliver W. Wanger
emm0d6                                              UNITED STATES DISTRICT JUDGE

1