**MICHAEL L. MASON, #59707**
LAW OFFICES OF
**MASON, ROBBINS, BROWNING & GODWIN**
700 Loughborough Dr., Suite "D"
P.O. Box 2067
Merced, CA  95344-0067
Telephone:  (209) 383-9334

OFFICE OF THE MERCED COUNTY COUNSEL
JAMES N. FINCHER, County Counsel, #196837
2222 "M" Street
Merced, CA  95340
(209) 385-7564
(209) 726-1337 Fax

Attorney for Defendant, COUNTY OF MERCED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| DAVID C. CORSER,<br><br>              Plaintiff,<br><br>     vs.<br><br>COUNTY OF MERCED; GLORIA CORTEZ-KEENE; DEMETRIOS TATUM;  SHERIFF MARK PAZIN; ASSISTANT SHERIFF BILL BLAKE; COMMANDER PARRISH; DEPUTY SHERIFF ZYSKOWSKI; LAURICE MILLER-WILLOBY; DEPUTY SHERIFF SMALLWOOD; PAUL FILLEBROWN; LARRY GONZALES; MARIA SOCORRO GONZALES; RUTH STONE; DOES 1-50.<br><br>              Defendants. | Case No.:  1:05-CV-985-OWW GSA<br><br>**O R D E R**<br>**OF STIPULATION TO EXTEND TIMES SET BY SUPPLEMENTAL SCHEDULING CONFERENCE ORDER** |

**O R D E R**

Based on the Stipulation to Extend Times Set by Supplemental Scheduling Conference Order filed November 5, 2007, **IT IS HEREBY ORDERED** that:

-1-

*Corser v. County of Merced, et al*
Case No. 1:05-CV-985-OWW GSA
Order of Stipulation to Extend Times Set by Supplemental Scheduling Conference Order

PDF created with pdfFactory trial version www.pdffactory.com

1. The discovery cut off currently set for January 7, 2008, shall be extended six (6) months to July 7, 2008;

2. The Non-Dispositive Motion Filing Deadline currently set at January 22, 2008 be extended six (6) months to July 22, 2008; **and will be heard August 22, 2008.**

3. The Dispositive Motion Filing Deadline currently set at February 7, 2008 be extended six (6) months to August 7, 2008; **and will be heard September 8, 2008 at 10:00 AM in Courtroom 3 before Judge Wanger.**

4. The Settlement Conference currently scheduled for January 10, 2008, at 10:00 a.m. in Courtroom 9, shall be continued to **July 10, 2008**, at **10:30** a.m. in Courtroom **10**;

5. The Pre-Trial Conference currently scheduled for April 14, 2008, at 11:00 a.m. in Courtroom 3, shall be continued to **October 20, 2008**, at **11:00** a.m. in Courtroom **3**;and

6. The Trial date of May 20, 2008, at 9:00 a.m. in Courtroom 3 shall be continued to **December 2, 2008**, at **9:00** a.m. in Courtroom **3**.

**IT IS SO ORDERED:**

DATED: November 6, 2007

                              /s/ OLIVER W. WANGER
                              Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE

-2-

*Corser v. County of Merced, et al*
Case No. 1:05-CV-985-OWW GSA
Order of Stipulation to Extend Times Set by Supplemental Scheduling Conference Order

PDF created with pdfFactory trial version www.pdffactory.com