R. MAC PROUT, State Bar # 101263
SHARON B. FUTERMAN, State Bar # 124238
**PROUT • LeVANGIE**
2021 N Street
Sacramento, CA 95811
Tel: (916) 443-4849
Fax: (916) 443-4855

Attorneys for Defendant
LARRY GONZALES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID C. CORSER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MERCED, GLORIA CORTEZ-KEENE, DEMETRIOS TATUM, Merced County Sheriff's employees, SHERIFF MARK PAZIN, UNDERSHERIFF BILL BLAKE, COMMANDER PARRISH, DEPUTY ZYSKOWSKI, DEPUTY L. MILLER, VOLUNTEER SMALLWOOD (BADGE #V330),Merced County Public Works Director PAUL FILLEBROWN, LARRY GONZALES, MARIA SOCORRO GONZALES, RUTH STONE, and DOES 1 through 50,<br><br>Defendants. | CASE NO. 05-CV-00985-OWW-DLB<br><br>**ORDER APPROVING SECOND STIPULATION OF THE PARTIES TO EXTEND TIME SET BY SUPPLEMENTAL SCHEDULING CONFERENCE ORDER** |

The Court, The Honorable Oliver Wanger presiding, having reviewed and considered the parties' Second Stipulation to Extend Time Set by Supplemental Scheduling Conference Order, and good cause appearing therefor, hereby modifies the Supplemental Scheduling Conference Order as follows:

(1) The discovery cutoff, currently set for July 7, 2008, shall be extended three months to October 7, 2008;

(2) The non-dispositive motion filing deadline, currently set for July 22, 2008, be extended to October 22, 2008;

PDF created with pdfFactory trial version www.pdffactory.com

1  (3) The dispositive motion filing deadline, currently set for August 7, 2008, be extended to November 7, 2008;

2  (4) The settlement conference, currently scheduled for August 6, 2008 at 10:00 a.m. before Magistrate Judge Austin remain on calendar;

3  (5) The pretrial conference, currently scheduled for October 13, 2008 at 11:00 a.m. in Courtroom 3 be continued to on or about January 12, 2009 at 11:00 a.m. in Courtroom 3, or as hereafter determined by the Court; and

4  (6) The trial date of December 2, 2008 at 9:00 a.m. in Courtroom 3 shall be continued to February 24, 2009 at 9:00 a.m. in Courtroom 3, or as otherwise determined by the Court.  **NO FURTHER CONTINUANCES.**

IT IS SO ORDERED.

DATED:  June 27, 2008

/s/ OLIVER W. WANGER
Oliver Wanger
Judge of the U.S. District Court

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**
**CASE NAME*:* *CORSER v. COUNTY OF MERCED, et al.***
**COURT: UNITED STATES DISTRICT COURT – EASTERN DISTRICT-FRESNO DIV.**
**CASE NO.: 05-CV-00985-OWW-DLB**

I am employed in the County of Sacramento, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is: 2021 N Street Sacramento, California, 95811. I served the following:

**[Proposed] ORDER GRANTING PARTIES SECOND STIPULATION TO EXTEND TIME SET BY SUPPLEMENTAL DISCOVERY ORDER**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

See attached Service List.

[ ]   (BY FACSIMILE) The telephone number of the facsimile machine I used was (916) 923-2151. This facsimile machine complies with Rule 2003(3) of the California Rules of Court. On the below date, I served a true copy of the attached document by sending it via facsimile transmission to the person(s) at the fax numbers so indicated. Upon transmission, no error was reported by the facsimile machine, and a printed copy of the machine's transmission record, indicating that the transmission was successfully completed, is attached to this declaration.

[xx]   (BY MAIL, 1013a, 2015.5 C.C.P.) A true copy of said document was placed in a sealed envelope on this date, addressed as indicated above, and deposited in regularly maintained office mail for collection, postage and same-day delivery to the United States Postal Service at Sacramento, California with postage thereon fully prepared for delivery to the addressee.

[ ]   (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to the offices of the addressee.

[ ]   (BY OVERNIGHT DELIVERY)   In accordance with Code of Civil Procedure section 1023(c), by placing a true copy thereof in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below.

[ ]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 20, 2008, Sacramento, California

_____
Elizabeth F. Mockley

3
Second Stipulation to Extend Time Set by Supplemental Scheduling Order
G:\docs\ATimken\Orders To Be Signed\05cv985.stip.cont.sch.doc

PDF created with pdfFactory trial version www.pdffactory.com

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**
**CASE NAME*: CORSER v. COUNTY OF MERCED, et al.***
**COURT: UNITED STATES DISTRICT COURT – EASTERN DISTRICT-FRESNO DIV.**
**CASE NO.: 05-CV-00985-OWW-DLB**

## Service List

| | |
|---|---|
| Jeffrey Kallis, Esq.<br>KALLIS & ASSOCIATES, P.C.<br>333 W. San Carlos Street, Suite 800<br>San Jose, CA 95110<br>Ph: (408) 971-4655<br>Fax: (408) 971-4644<br>Fax: (408) 287-3299<br><br>**Attorneys for Plaintiff, David Corser** | Michael L. Mason, Esq.<br>Mason, Robbins, Browning, & Godwin<br>P.O. Box 2067<br>Merced, CA 95344<br>Ph: (209) 383-9334-Telephone<br>Fax: (209) 383-9386-Facsimile<br><br>**Attorney for Defendants County of Merced, Gloria Cortez-Keene, Demetrios Tatum, Mark Pazin, Bill Blake, Parrish, Zyskowski, L. Miller, Paul Fillebrown and Ruth Stone** |
| Jack Mack, Esq.<br>SOLTMAN, LEVITT & FLAHERTY<br>2535 Townsgate Road #307<br>Westlake Village, CA 91361<br>Ph: (805) 497-7706<br>Fax: (805) 497-1147<br><br>**Counsel for Defendant**<br>**Maria Socorro Gonzales** | |

PDF created with pdfFactory trial version www.pdffactory.com