UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. CORSER,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF MERCED, ET.AL.,<br><br>          Defendant. | 1:05-CV-00985 OWW GSA<br><br>ORDER TERMINATING COUNSEL |

   Based on plaintiff's notice of termination of his attorney/client relationship with the Law Office of Kenneth R. Mackie and Kenneth R. Mackie;

   The attorney/client relationship between plaintiff David C. Corser and the Law Office of Kenneth R. Mackie and Kenneth R. Mackie is terminated as of July 14, 2008, nunc pro tunc.

IT IS SO ORDERED.

**Dated:   December 2, 2008**               /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE

1