MICHAEL L. MASON, #59707
MASON, ROBBINS, BROWNING & GODWIN
700 Loughborough Dr., Suite D
P.O. Box 2067
Merced, CA 95344-0067
(209) 383-9334
(209) 383-9386 Fax

OFFICE OF THE MERCED COUNTY COUNSEL
ROGER M. MATZKIND, Chief Civil Litigator
2222 "M" Street
Merced, CA 95340
(209) 385-7564
(209) 726-1337 Fax

Attorney for Defendants County of Merced, Gloria Cortez-Keene; Demetrios Tatum; Sheriff Mark Pazin; Assistant Sheriff Bill Blake; Commander Parrish; Deputy Zyskowski; Deputy Smallwood; Paul Fillebrown and Ruth Stone

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID C. CORSER ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COUNTY OF MERCED; GLORIA CORTEZ- ) <br> KEENE; DEMETRIOS TATUM; SHERIFF ) <br> MARK PAZIN; ASSISTANT SHERIFF BILL ) <br> BLAKE; COMMANDER PARRISH; DEPUTY ) <br> SHERIFF ZYSKOWSKI; DEPUTY SHERIFF ) <br> SMALLWOOD; PAUL FILLEBROWN; LARRY ) <br> GONZALES; MARIA SOCORRO GONZALES; ) <br> RUTH STONE; DOES 1-50 ) <br> ) <br> Defendants. ) | Case No.: 05-CV-00985-OWW-GSA <br><br> **NOTICE OF SETTLEMENT** |

///

///

1  Plaintiff, DAVID CORSER and Defendants COUNTY OF MERCED, GLORIA CORTEZ-
2  KEENE, DEMETRIOS TATUM, MERCED COUNTY SHERIFF MARK PAZIN, UNDERSHERIFF
3  BILL BLAKE, COMMANDER MIKE PARRISH, DEPUTY RALPH ZYSKOWSKI, DEPUTY L.
4  MILLER, VOLUNTEER KEVIN SMALLWOOD, PAUL FILLEBROWN, RUTH STONE and
5  DAVID FUENTES, hereby notify this Court that the parties have agreed to the following:

6  Plaintiff shall dismiss the case against all of the aforementioned parties in its entirety with
7  prejudice, including therein, the right to appeal the Court's ruling on the Motion for Summary
8  Judgment granting said Motion. Plaintiff further agrees to execute a Settlement Agreement and
9  Release of All Claims releasing all of the aforementioned parties from any and all claims arising out of
10 the alleged events.

11 In exchange for the foregoing the Defendants, COUNTY OF MERCED, GLORIA CORTEZ-
12 KEENE, DEMETRIOS TATUM, MERCED COUNTY SHERIFF MARK PAZIN, UNDERSHERIFF
13 BILL BLAKE, COMMANDER MIKE PARRISH, DEPUTY RALPH ZYSKOWSKI, DEPUTY L.
14 MILLER, VOLUNTEER KEVIN SMALLWOOD, PAUL FILLEBROWN, RUTH STONE and
15 DAVID FUENTES agree to waive any claim against Plaintiff as to costs incurred by the Defendants in
16 the defense of this matter and to waive any claim for attorneys' fees in connection therewith.

17 DATED: 2-10, 2009         JUAN M. FALCON & ASSOCIATES, INC.

            JUAN M. FALCON, Attorney for Plaintiff

23 DATED: February 23, 2009     MASON, ROBBINS, BROWNING & GODWIN

            MICHAEL L. MASON, Attorney for Defendants