R. MAC PROUT, State Bar # 101263
SHARON B. FUTERMAN, State Bar # 124238
**PROUT • LEVANGIE**
2021 N Street
Sacramento, CA 95811
Tel: (916) 443-4849
Fax: (916) 443-4855

Attorneys for Defendant
LARRY GONZALES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID C. CORSER,<br><br>       Plaintiff,<br><br>   v.<br><br>COUNTY OF MERCED, GLORIA CORTEZ-KEENE, DEMETRIOS TATUM, Merced County Sheriff's employees, SHERIFF MARK PAZIN, UNDERSHERIFF BILL BLAKE, COMMANDER PARRISH, DEPUTY ZYSKOWSKI, DEPUTY L. MILLER, VOLUNTEER SMALLWOOD (BADGE #V330),Merced County Public Works Director PAUL FILLEBROWN, LARRY GONZALES, MARIA SOCORRO GONZALES, RUTH STONE, and DOES 1 through 50,<br><br>       Defendants. | CASE NO. 05-CV-00985-OWW-DLB<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS LARRY GONZALES AND MARIA GONZALES** |

The Court, having previously granted on January 26, 2009, the Motions for Summary Judgment filed by defendants MARIA GONZALES and LARRY GONZALES, hereby orders, Adjudges, and Decrees that:

   1.   Judgment shall be entered in favor of Defendants LARRY GONZALES and MARIA GONZALES and against Plaintiff DAVID CORSER;

PDF created with pdfFactory trial version www.pdffactory.com

2. That Defendants LARRY GONZALES and MARIA GONZALES are entitled to recover their costs incurred herein.

DATED:  3/3/2009

By:_/s/ OLIVER W WANGER_____
Oliver W. Wanger
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com