1  JUAN M. FALCON, Bar No. 177400
   JUAN M. FALCON & ASSOCIATES
2  Attorneys at Law
   252 N. Fulton Street
3  Fresno, California 93701
   Telephone: (559) 499-2626
4  Facsimile:  (559) 499-2622

5

6  Attorneys for Plaintiff:    DAVID C. CORSER

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                              -oOo-

11 DAVID CORSER,                        )   Case No. 1:05-CV-00985-OWW-GSA
                                        )
12         Plaintiff,                   )   STIPULATION FOR DISMISSAL
                                        )   AND ORDER THEREON
13    v.                                )
                                        )
14 COUNTY OF MERCED, GLORIA CORTEZ-     )
   KEENE; DEMTRIOS TATUM, Merced        )
15 County Sheriff employees, SHERIFF MARK )
   PAZIN, UNDERSHERIFF BILL BLAKE,      )
16 COMMANDER PARRISH, DEPUTY            )
   ZYSKKOWSKI, DEPUTY L. MILLER,        )
17 VOLUNTEER SMALLWOOD (BADGE           )
   #V330), Merced County Public Works Director )
18 PAUL FILLEBROWN, LARRY GONZALES,     )
   MARIA SOCORRO GONZALES, RUTH         )
19 STONE, and DOES 1through 50, inclusive, )
                                        )
20         Defendants,                  )

21  ─────────────────────────────────

22

23     IT IS HEREBY STIPULATED by and between the parties to this action through their

24 respective attorneys of record that the above captioned action is dismissed with prejudice pursuant

25 to Federal Rules of Civil Procedure section 41(a)(1).

26  / / /

27  / / /

28  / / /

1 | DATED:   September 17, 2009              Respectfully submitted,

2
3
4
5                                            *[signature]*
                                             JUAN M. FALCON
                                             Attorney for Plaintiff
                                             DAVID C. CORSER
6
7 | DATED: _____

                                             _____
8                                            SHARON FUTERMAN
                                             Attorney for Defendant
                                             LARRY GONZALES
9
10 | DATED: _____

                                             _____
11                                           LARRY MACK
                                             Attorney for Defendant
                                             MARIA GONZALES
12
13 | DATED: _____

                                             _____
14                                           MICHAEL L. MASON
                                             Attorney for Defendants
15                                           County of Merced, Gloria Cortez-Keene,
                                             Demtrios Tatum, Mark Blake, Bill Blake
                                             Deputy Zyskowki, Deputy Smallwood, &
16                                           Paul Fillebrown

17                                    **ORDER**

18        IT IS SO ORDERED.

19    September 30, 2009                    /s/ Oliver W. Wanger
20                                          Honorable Oliver W. Wanger
                                            United States District Court Judge

| | | |
|---|---|---|
| 1 | DATED: September 17, 2009 | Respectfully submitted, |
| 2 | | |
| 3 | | |
| 4 | | *(signature)* |
| 5 | | JUAN M. FALCON<br>Attorney for Plaintiff<br>DAVID C. CORSER |
| 6 | | |
| 7 | DATED: 9/17/09 | *(signature)* |
| 8 | | SHARON FUTERMAN<br>Attorney for Defendant<br>LARRY GONZALES |
| 9 | | |
| 10 | DATED: _____ | |
| 11 | | LARRY MACK<br>Attorney for Defendant<br>MARIA GONZALES |
| 12 | | |
| 13 | DATED: _____ | |
| 14 | | MICHAEL L. MASON<br>Attorney for Defendants<br>County of Merced, Gloria Cortez-Keene,<br>Demtrios Tatum, Mark Blake, Bill Blake<br>Deputy Zyskowki, Deputy Smallwood, &<br>Paul Fillebrown |

**ORDER**

IT IS SO ORDERED.

_____
Honorable Oliver W. Wanger
United States District Court Judge

Stipulation for Dismissal - Pg. 2

1  DATED:    September 17, 2009          Respectfully submitted,

2
3
4
                                         _____
5                                        JUAN M. FALCON
                                         Attorney for Plaintiff
6                                        DAVID C. CORSER

7  DATED: _____
                                         _____
8                                        SHARON FUTERMAN
                                         Attorney for Defendant
9                                        LARRY GONZALES

10 DATED: _____
                                         _____
11                                _Jack_  ~~LARRY~~ MACK
                                         Attorney for Defendant
12                                       MARIA GONZALES

13 DATED: _____
                                         _____
14                                       MICHAEL L. MASON
                                         Attorney for Defendants
15                                       County of Merced, Gloria Cortez-Keene,
                                         Demtrios Tatum, Mark Blake, Bill Blake
16                                       Deputy Zyskowki, Deputy Smallwood, &
                                         Paul Fillebrown

17                         **ORDER**

18      IT IS SO ORDERED.

19
20                                       _____
                                         Honorable Oliver W. Wanger
21                                       United States District Court Judge
22
23
24
25
26
27
28

                   Stipulation for Dismissal - Pg. 2

| | | |
|---|---|---|
| 1 | DATED: September 17, 2009 | Respectfully submitted, |
| 2 | | |
| 3 | | |
| 4 | | _____ |
| 5 | | JUAN M. FALCON |
| | | Attorney for Plaintiff |
| 6 | | DAVID C. CORSER |
| 7 | DATED: _____ | _____ |
| 8 | | SHARON FUTERMAN |
| | | Attorney for Defendant |
| 9 | | LARRY GONZALES |
| 10 | DATED: _____ | _____ |
| 11 | | LARRY MACK |
| | | Attorney for Defendant |
| 12 | | MARIA GONZALES |
| 13 | DATED: 9/17/09 | _____ |
| 14 | | MICHAEL L. MASON |
| | | Attorney for Defendants |
| 15 | | County of Merced, Gloria Cortez-Keene, Demtrios Tatum, Mark Blake, Bill Blake Deputy Zyskowki, Deputy Smallwood, & |
| 16 | | Paul Fillebrown |

## ORDER

IT IS SO ORDERED.

_____
Honorable Oliver W. Wanger
United States District Court Judge

Stipulation for Dismissal - Pg. 2